CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
For Roanoke
SEP - 2 2008
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT LEE AGUON,<br>SECURED PARTY/CREDITOR,<br>    Plaintiff, | |
| | Civil Action No. 7:08-cv-00489 |
| v. | **FINAL ORDER** |
| ROBERT LEE AGUON,<br>    Defendant in Rem. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(e)(2)(B) as frivolous, and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 2nd day of September, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge